MARVIN ORNSTEIN, PLAINTIFF-PETITIONER, v. JUNE D. STRELECKI, DIRECTOR OF THE DIVISION OF MOTOR VEHICLES, DEFENDANT-RESPONDENT.

*Messrs. Gechtman & Gechtman* for the petitioner.

*Mr. Frank J. Urban, Jr.,* for the respondent.

May 27, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES JOHN GRAHAM, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Michael B. Blacker* for the petitioner.

*Mr. Philip J. Kelly* and *Mr. Robert C. Shelton, Jr.,* First Asst. Prosecutor for the respondent.

May 27, 1969. Denied.

STEPHEN LEWIS DALY, PLAINTIFF-RESPONDENT, v. EDWARDS ENGINEERING CORP., DEFENDANT-PETITIONER.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mr. George J. Kenny* for the petitioner.

*Messrs. Simon & Simon* for the respondent.

May 27, 1969. Granted.